**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02663-BNB

MICHAEL BACOTE JR. ,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant filed a Motion for Default Judgment, ECF No. 19, on December 20, 2013. Respondent has until January 2, 2013, to file a timely Preliminary Response. The Second Order to File Preliminary Response, entered on December 11, 2013, was entered because Applicant filed an Amended Application not because Respondent had failed to comply with a Court order. The Motion for Default Judgment, ECF No. 19, is denied as inappropriate.

Dated: December 23, 2013